IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| HAWAII MASONS' PENSION FUND, HAWAII MASONS' AND PLASTERERS' ANNUITY FUND, HAWAII MASONS VACATION AND HOLIDAY FUND, HAWAII MASONS TRAINING FUND, HAWAII MASONS HEALTH AND WELFARE FUND, | ) ) ) ) ) ) ) ) | CV 22-00234 LEK-RT |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| KP CONSTRUCTION, INC., a Hawaii Corporation, JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE TRUSTS 1-10 , | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT KP CONSTRUCTION, INC.

Findings and Recommendation having been filed on November 14, 2022 and served on all parties on November 17, 2022, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Grant Plaintiffs' Motion for Default Judgment Against

Defendant KP Construction, Inc.", ECF No. 18, are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED AT HONOLULU, HAWAII, December 2, 2022.



    /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge